ct.

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Griggs, Jr.,    Damon    LaRome
       (Last)          (First)    (Initial)

Prisoner Number  Jail #: 2370273 / S.F.#: S539481   [Case #]

Institutional Address  San Francisco County Jail #2
850 Bryant Street, San Francisco, CA. 94103

================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Damon L. Griggs, Jr.
(Enter the full name of plaintiff in this action.)

vs.

1. Freddy Alvarez #: 0349,
2. Frank Harrell #: 0918,
3. Timothy Davis #: 1390,
4. Ariana Daggett #: 1296,
5. Liza Johansen #: 0833,
6. (       ) O'Neal #: ?,
7. Toney Chaplin #: 951,
8. Nathan Johnson #: _____, Filed, for: Halloween 1985 Covert Terror Incident Against, My, Uncle, Jerome L. Grimes
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2954
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing    (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

    **[Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.  Place of present confinement  San Francisco County Jail #2

    B.  Is there a grievance procedure in this institution?

        YES (X)    NO ( )

    C.  Did you present the facts in your complaint for review through the grievance procedure?

        YES ( )    NO (X)

    D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                     - 1 -

1. Informal appeal _Imminent Danger Of More Serious Injury. Intimidation, +, Penal Code 186.1(b) Dissuading By (Defs) State Actors._

2. First formal level _Federal Constitutional Right To Liberty Being Violated. Post-09/11/01 Terror/Covert Kidnap/Covertly Hijacked_

3. Second formal level _Federal Law Cause Of Action, Pen. C. 211 [Robbery] Frame-Up + Pen. C. 182 [Conspiracy] Frame-Up By State Actors. (See: San Francisco Police - Incident Report Number: 080565745, +,_

4. Third formal level _911 CAD Report No.: 081510459@ (081510458-To-081510459) CAD .458 Related To This CAD CAD 459, Incident #: 080565723_

E. Is the last level to which you appealed the highest level of appeal available to you? N/A

YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _Federal Law Causes Of Action Occurred During Initial False Arrest, on, May 26, 2008, at approximately: 04:21:00 Hours - To - 06:16:00 Hours._

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Damon L. Griggs, Jr., [Case#] S.F. No.: 5539481 Jail#: 2370273 San Francisco County Jail #2 850 Bryant Street San Francisco, CA. 94103_

B. Write the full name of each defendant, his or her official position, and his or her place of employment. [Badge #: 0349,]

_Defendant #1, Freddy Alvarez, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103_

COMPLAINT                                    - 2 -

Defendant #2, Frank Harrell #: [Badge] 0918, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #3, Timothy Davis #: 1390, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #4, Ariana Daggett #: 1296, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #5, Liza Johansen #: 0833, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #6, (___) O'Neal #: ___, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #7, Toney Chaplin #: 951, San Francisco Police Officer, San Francisco Police Department, 850 Bryant Street, San Francisco, CA. 94103
Defendant #8, Nathan Johnson, Ex-Badge #: ___, Ex-San Francisco Police Officer, 1672 Leland Street, San Francisco, CA. 94134 (C86-5203)

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I am, in, Imminent Danger Of more serious Injury. Liberty Deprivation/Covert Kidnapping, Is A Violent Crime, and, A Devastating Attack which usually consists of A Violent Premeditated Follow-Up Attack/Covert Attack.

I was, just sitting in, my, Girlfriends' Rental Car, when the, Defendants, especially, Defendant #2, Frank Harrell, Badge #: 0918, and then, Defendant #1, Freddy Alvarez, Badge #: 0349, and, Defendant #3, Timothy Davis #: 1390, Falsly Arrested, me, on, May 26, 2008, at, 0421 Hours, with, the, Premeditated, Conspired, Deliberate, and, Willful Intent, to, Frame, me, for the, Crimes of: (3) Three, Counts, of, Robbery, and, (1)One, Count, of, Conspiracy, Penal Codes: 211, and, 182.

They are an, Extention, of the, Conspiracy, and, Harassment, of, their, Co-Worker/Co-Defendant #7, Toney Chaplin #: 951's, Covert Terror Attacks, against, me, since the year, of: 1999. I am, Innocent, and, these, State Actors'; motives, are: Griggs Estate: Land And Personal Real Property.

Waskom Estate, in, Marshall, Texas. (AKA: Wascom Estate)

Eula Lane Washington-Grimes-Ford Estate, in, Homer, Louisiana. These Are, me, and, my, Parents', Relatives, and, We, Are, Heirs, Co-Heirs, and, Future Heirs, of, mineral Interest, Residual Income, mineral Proceeds, Oil, Etc., Royalties, and more, being Plundered/Stolen/Looted/Defrauded, Undervalued, by, the, Defendants, and, their, Co-Conspirators.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want the, Court, In The Furtherance Of Justice, to get, me, Returned Back To The Regular Culture, so that I can continue to, Further my Education, This: Fall, 2008, at, (CCSF) City College of San Francisco. And so that I can continue to do, Ancillary Succession Probate Paperwork, for, my, Grandmother (Decedent) Gladius Griggs, on, my, Father, (Decedent) Damon Griggs, Sr.,'s, Side Of, my, Family.

COMPLAINT                                    -3-

And I have a, Singing Career, As A Rapper, and numerous, Studio Hours Recording Time To Complete.

    I also request an, Injunction, against these, State Actors, demanding / ordering these defendants to, STOP, their, Covert Terror Attacks, Against, Me, And, Against, my, Families.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __JUNE__, 20__08__

_Damon Griggs_
Damon L. Griggs, Jr.,
(Plaintiff's signature)

SEE: Civil Complaint No.: C99-3649 MEJ.

COMPLAINT      - 4 -