FILED
08 JUN 13 PM 12:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Damon L. Griggs, Jr.,
        Plaintiff,

vs.

Freddy Alvarez, et., al.,
        Defendant.

CV 08 2954 CW (PR)

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Damon L. Griggs, Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Dirty Thumb Productions_ _____ [Expenses Accruing/
5  _263 Vernon Street_ _____ Initial Investment Stage]
6  _San Francisco, CA. 94132_ _Home Based Business Status_____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or            Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,         Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                     Yes ___ No _X_
14    d.   Pensions, annuities, or            Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes _X_ No ___
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _PAES Welfare Program, $421.00 per month._____
22  _____

23  3.   Are you married?                     Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ __N/A__

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ N/A _____
6  _____
7  5.  Do you own or are you buying a home?     Yes ___  No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?     Yes ___  No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes _\_ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes _X_ No ___  music copyrights, music works-of-Arts, Unclaimed Griggs Estate,
20 etc.,. All still being Appraised.
21 8.  What are your monthly expenses?
22 Rent: $ __300.00__                    Utilities: __-0-__
23 Food: $ __172.00__                    Clothing: __300.00__
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26 | N/A | $ | $ [Outstanding Balance] |
27 | Visa | $ 25.00 | $ Amount Past Due |
28 |  | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____ *No.* _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes _X_ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  *1. Damon L. Griggs, Jr., v. Officer, Toney Chaplin #:951,*
10 *United States District Court, Northern District of California*
   *Civil Complaint No.: C99-3649 MJJ*
11 *2. Jerome L. Grimes v. Toney Chaplin #:951, Wong #:___, Faneno #*
   I consent to prison officials withdrawing from my trust account and paying to the court
12 *Jerry Calacug #:___ (AKA: Jerry King)*
   the initial partial filing fee and all installment payments required by the court.
13 *U.S. Dist. Ct., Northern Dist. of CA., Civil Complaint No.:*
   I declare under the penalty of perjury that the foregoing is true and correct and
14 *(C99-1360 CW)*
   understand that a false statement herein may result in the dismissal of my claims.

15
16  *June 11, 2008*                      *Damon Griggs*
17       DATE                           SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28