Clear Form

RECEIVED

2008 JUL 29 P 4: 35

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Damon L. Griggs, Jr.
            Plaintiff,

vs.

1. San Francisco Police Officer, Alvarez
2. Et., al.,
            Defendant.

CASE NO. CV08 - 2954 CW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)
#: ___

I, Damon L. Griggs, Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                          Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | Dirty Dame Productions                    [Expenses Accruing]
3 | 263 Vernon Street                         Self-Employed Status.
  | San Francisco, CA. 94132
4 | HOME BASED BUSINESS OFFICE                Initial Investment Stage.

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7         a.    Business, Profession or           Yes ___ No _X_
8               self employment?

9         b.    Income from stocks, bonds,        Yes ___ No _X_
10              or royalties?

11        c.    Rent payments?                    Yes ___ No _X_

12        d.    Pensions, annuities, or           Yes ___ No _X_
13              life insurance payments?

14        e.    Federal or State welfare payments, Yes _X_ No ___
15              Social Security or other govern-
16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.                    [Discontinued: 06/14/08]
19  PAES Welfare Program,  $421.00 PER month.
20  _____

21  3.    Are you married?                       Yes ___ No _X_
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.    a.    List amount you contribute to your spouse's support:$ ___N/A___
27        b.    List the persons other than your spouse who are dependent upon you for support
28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1      children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2      _____ N/A _____

3      _____

4   5.     Do you own or are you buying a home?     Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?                Yes ___ No _X_

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.     Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash? Yes ___ No _X_ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                            Yes _X_ No ___

17  Misc., Copyrights, music works-of-Arts, Unclaimed Griggs Estate — Properties, etc.). All still Being Appraised.

18  8.     What are your monthly expenses?

19  Rent: $ _____ 300.00 _____ Utilities: _____ — 0 — _____

20  Food: $ _____ 172.00 _____ Clothing: _____ $ 300.00 _____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____ N/A _____ $ _____ $ _____

24  _____ Visa _____ $ _[Closed Account]_ 25.00 $ _Outstanding Balance Amount Past Due_

25  _____ $ _____ $ _____

26  9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____ No. _____

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✗ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

1. Damon L. Griggs, Jr., v. (Officer) Toney Chaplin #:951, San Francisco Police Officer, Chaplin #:951, U.S. Dist. Ct., Northern Dist. of CA., Civil Complaint No.: C99-3649 MEJ

2. Jerome L. Grimes v. Officers Toney Chaplin #:951, Wong #:___, Fanene #:___, and Jerry Calacug #:___ (AKA: Jerry King #:___)
U.S. Dist. Ct., Northern Dist. of CA., Civil Complaint #: C99-1360 CW

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 19, 2008                          /s/ Damon Griggs Jr.
DATE                                   SIGNATURE OF APPLICANT

- 4 -