IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LAROME GRIGGS JR., | No. C 08-02954 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| FREDDY ALVAREZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983.  On July 3, 2008, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application.  The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

Plaintiff filed a completed <u>in forma pauperis</u> application; however, he did not file copies of his certificate of funds and prisoner trust account statement.  More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds or prisoner trust account statement.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's <u>in forma pauperis</u> application is DENIED as incomplete.  The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 9/9/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAMON LAROME GRIGGS JR,

    Plaintiff,

v.

FREDDY ALVAREZ et al,

    Defendant.

Case Number: CV08-02954 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Damon Larome Griggs #2370273 / SF &
San Francisco County Jail #2
850 Bryan Street
San Francisco, CA 94103

Dated: September 9, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2